1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8              FOR THE EASTERN DISTRICT OF CALIFORNIA
9
10  SHANNON TIEDEMANN, CAROL
    TIEDEMANN, and ROBERT
11  TIEDEMANN,
                                        NO. Civ.S-11-1282 LKK/KJN
12           Plaintiffs,

13       v.                             **ORDER RE DISPOSAL
                                        DOCUMENTS AFTER
14  PORTFOLIO RECOVERY                  NOTIFICATION OF SETTLEMENT**
    ASSOCIATES, LLC,
15
             Defendant.
16  _____/

17       Counsel for plaintiffs has filed a Notice of Settlement in the
18  above-captioned case.  The court now orders that the dispositional
19  documents disposing of the case be filed no later than sixty (60)
20  days from the effective date of this order.
21       All hearing dates heretofore set in this matter are hereby
22  **VACATED.**
23       FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE
24  IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO
25  ////
26  ////

1

1  CONTRIBUTED TO THE VIOLATION OF THIS ORDER.
2       IT IS SO ORDERED.
3       DATED:  July 19, 2011.

                                 _____
                                 LAWRENCE K. KARLTON
                                 SENIOR JUDGE
                                 UNITED STATES DISTRICT COURT